IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES | CRIMINAL ACTION |
|---|---|
| v. | |
| JOANNA MASTRONARDO | NO. 12-388 -16 |

**O R D E R**

**AND NOW**, this 17th day of June, 2015, upon consideration of Government's Motion to Dismiss Indictment (Document No. 536, filed February 12, 2014), and defendant Joanna Mastronardo's Response to Government's Motion to Dismiss Indictment (Document No. 549, filed March 5, 2014), for the reasons set forth in the accompanying Memorandum dated June 17, 2015, **IT IS ORDERED** that Government's Motion to Dismiss Indictment is **GRANTED** and the charge set forth in the Indictment against defendant, Joanna Mastronardo, is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **MARK** the case **CLOSED**.

BY THE COURT:

/s/ Hon. Jan E. DuBois
**DuBOIS, JAN E., J.**